Appellant's court appointed counsel at trial and on appeal has filed a brief in this Court in which he states that after diligent study of the record he has concluded that the appeal is wholly frivolous and without merit. In accordance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), he submits four grounds that he considers arguable. See Degay v. State, Tex.Cr.App., 455 S.W.2d 205, 206–207 (1970); Houston v. State, Tex.Cr.App., 446 S.W.2d 309 (1969) (concurring opinion); Gainous v. State, Tex. Cr.App., 436 S.W.2d 137 (1969). Cf. Bates v. State, Tex.Cr.App., 456 S.W.2d 107 (1970). We have examined the same and find no merit.

Said attorney has prepared and mailed to appellant a copy of his brief, and appellant has filed his pro se brief, which we have examined and also find to be without merit. A discussion of the contentions therein raised would add nothing to the jurisprudence of this State.

Finding no reversible error, the judgment is affirmed.

Carl Wayne BARBER, Appellant,

v.

The STATE of Texas, Appellee.

No. 44138.

Court of Criminal Appeals of Texas.

Oct. 20, 1971.

Charles F. Baldwin, Fort Worth (Court Appointed on Appeal), for appellant.

Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

MORRISON, Judge.

The offense is robbery by assault; the punishment, fixed by the jury upon a plea of not guilty, fifty (50) years.

Court appointed counsel at trial and on appeal has filed in this Court a brief in which he states that he has diligently studied the record and has concluded that the appeal is wholly frivolous and without merit. In accordance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), the attorney submits four points which he alleged might be raised on appeal. See Degay v. State, Tex.Cr.App., 455 S.W.2d 205, 206–207 (1970); Houston v. State, Tex.Cr.App., 446 S.W.2d 309 (1969) (concurring opinion); Gainous v. State, Tex.Cr.App., 436 S.W.2d 137 (1969). Cf. Bates v. State, Tex.Cr.App., 456 S.W.2d 107 (1970). We have considered the same and find them to be without merit. In compliance with Anders v. California, supra, he has furnished a copy of his brief to the appellant and the appellant has filed his pro se brief in this Court. We find no merit in either one. A discussion of the contentions therein raised would add nothing to the jurisprudence of this State.

Finding no reversible error, the judgment is affirmed.